UNITED STATES of America, Appellee,

v.

Edward Green HARRISON, Appellant.

No. 02–1313.

United States Court of Appeals, Eighth Circuit.

Submitted July 2, 2002.

Decided July 8, 2002.

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Edward Green Harrison, who is serving a federal sentence of life imprisonment after a jury found him guilty of drug-related offenses, appeals the district court's judgment denying his 28 U.S.C. § 2255 motion. Because all of Harrison's arguments rely on *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), we agree with the district court that Harrison is not entitled to relief in this collateral proceeding. *See United States v. Moss,* 252 F.3d 993, 995 (8th Cir.2001), *cert. denied,* —— U.S. ——, 122 S.Ct. 848, 151 L.Ed.2d 725 (2002). Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.